```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
LUIGI GIROTTO,                                                   :
                                                                 :
                          Plaintiff,                             :
                                                                 :         21 Civ. 10616 (JPC)
                -v-                                              :
                                                                 :             ORDER
TOUITOU, INC. and JACQUELINE SCHNABEL,                           :
                                                                 :
                          Defendants.                            :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

     The Parties are directed to file a joint status letter on October 31, 2022, updating the Court as to the status of mediation.

     SO ORDERED.

Dated: September 27, 2022  
       New York, New York

                                                  JOHN P. CRONAN  
                                        United States District Judge